ORIGINAL

Approved by: _____
             JULIA MCCORMICK
             Special Assistant United States Attorney

Before:      THE HONORABLE MARTIN R. GOLDBERG
             United States Magistrate Judge
             Southern District of New York

                                                    19 MJ 10164

- - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :        MISDEMEANOR
                                            COMPLAINT

                                   :

                                   :        Violation of
             -v-                            38 C.F.R. 1.218(a)(5)

                                   :

ANTHONY WALKER

                                   :

                                   :        COUNTY OF OFFENSE:
             Defendant                      WESTCHESTER

                                   :

- - - - - - - - - - - - - - - - - - - - -x

SOUTHERN DISTRICT OF NEW YORK, ss:

     CRAIG WOOD, being duly sworn, deposes and says that he
is a Police Officer, assigned to the Department of Veterans
Affairs Police Service, Montrose Veterans Administration
Hospital, Montrose, New York, which is located in the
Southern District of New York, and charges as follows:

                            COUNT ONE

     On or about February 5, 2019, at the Montrose
Veterans Administration Hospital, Montrose, New York,
within the special maritime and territorial jurisdiction
of the United States, in the Southern District of New
York, ANTHONY WALKER, the defendant, unlawfully, knowingly
and willfully conducted himself on Montrose Veterans
Administration Hospital property in a manner which created
loud or unusual noise and impeded and disrupted the
performance of official duties by Government employees,
to-wit, while in Building #15 of the Montrose Veterans
Administration Hospital, defendant took 14 tablets of
Diclofenac and threatened police officers upon their
arrival.

          (38 Code of Federal Regulation, 1.218(a)(5))

The bases for the deponent's knowledge and for the foregoing charges are, in part, as follows:

1.   I am a Police Officer, assigned to the Department of Veterans Affairs Police Service, Montrose Veterans Administration Hospital, Montrose, New York, which is located in the Southern District of New York.

2.   On or about February 5, 2019 at approximately 8:41 p.m., a code green was called for a resident in building 15.   Upon arrival Officer Martin and Officer Goldstein made contact with Nurse Rose Alabede.   She stated that at approximately 08:30 p.m., the defendant had been complaining of pain in his left him and wanted to go to Urgent Care to get a shot.   The defendant informed her that he had taken three tablets of Baclofen. MOD was notified and stated he would order Acetaminophen for the night and that the defendant could go to get the shot in the morning. The MOD ordered that all the defendant's medication should be taken from him.

3.   The defendant had been out smoking and when he returned, he was informed of the MOD orders.   The defendant informed her that he would take all his medications before giving them to her.   Nurse Alabede stated the defendant then walked into the locker room. She stated the defendant then took 14 tablets of Diclofenac in front of resident, William Johnson in the locker room. Nurse Alabede said she sent Health Tech Clarence Jones into the locker room to see what was taken the defendant so long.   Johnson informed Jones of what happened and he reported back to Nurse Alabede who called the code.

4.   Officer Martin then went to speak with the defendant and the defendant said, "go hang yourself." The defendant further stated that he was "going to fuck him up and he's going to hang his bitch ass." When Officer Goldstein asked the defendant what happened, the defendant stated he does not talk to police.

5.   The code team had responded and began treating the defendant. Dr. Choi informed the VA Fire department to notify Cortlandt ambulance to have the defendant transferred to the Hudson Valley Hospital due to his taking 14 tablets of Diclofenac.   VA Fire Fighter Wade was assisting taking the defendant to the ambulance. Officer Martin and Goldstein went down to the ambulance.   VA Fire Fighter Wade came up to them after the defendant was in the ambulance and informed that in the elevator, the defendant

had made the statement, "They better walk away before I put a bullet in the back of their heads."

6.   The defendant was transported to the hospital for further treatment.

7.   On February 19, 2019 at approximately 7:50 a.m, the defendant was arrested and brought to Police Service for processing. He refused to provide a statement after being advised of his rights. He was photographed and fingerprinted.

8.   Defendant was issued three United States District Court Violation Notice for disorderly conduct (DCVN Number 6437913/SY53, DCVN 6437914/SY53 and DCVN 6437916/SY53) .

**WHEREFORE,** deponent prays that the above-named defendant be imprisoned or bailed, as the case may be.

CRAIG WOOD
VA Police Service

Sworn to before me this
30th day of October 2019

HONORABLE MARTIN R. GOLDBERG
United States Magistrate Judge
Southern District of New York